| PROB 22 Rev.2/88 | | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 113C 2:05CR14044 |
| | | DOCKET NUMBER(Rec.Ct) |
| | | 3:13-00267-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Southern District of Florida | DIVISION Probation |
|---|---|---|
| Wayne Farmer 699 Goodstock Road Crossville, TN 38555 | NAME OF SENTENCING JUDGE The Honorable Donald L. Graham | |

| SD/FL PACTS No. 85297 | DATES OF PROBATION SUPERVISED RELEASE | FROM 10/01/2012 | TO 09/30/2016 |
|---|---|---|---|

OFFENSE

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

    **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Middle District of Tennessee</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 4, 2013
Date                                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

  **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/8/14
Effective Date                                              United States District Judge